FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-071-MMD-(VCF) |
| WILLIAM POSTORINO, JR., ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT WILLIAM POSTORINO, JR.**

On April 8, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant WILLIAM POSTORINO, JR. to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 23; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 26.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 26) is final as to defendant WILLIAM POSTORINO, JR.

DATED this 3 day of June 2013.

_____
UNITED STATES DISTRICT JUDGE