# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM POSTORINO, JR., ) <br> ) <br> Defendant. ) | 2:12-CR-071-MMD-(VCF) |

## FINAL ORDER OF FORFEITURE

On April 8, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant WILLIAM POSTORINO, JR., to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant WILLIAM POSTORINO, JR., pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 23; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 26.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 12, 2013, through May 11, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

11  (a) a Smith and Wesson .357 caliber revolver bearing serial number 9K23145; and
12  (b) any and all ammunition.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
14 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
15 income derived as a result of the United States of America's management of any property forfeited
16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18 certified copies to the United States Attorney's Office.

19  DATED this  8th  day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I, Heidi L. Skillin, Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on July 2, 2013 by the below identified method of service:

Electronic Filing

Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
advocate@kconnollylawyers.com
Counsel for William Postorino, Jr.

                            /s/HeidiLSkillin
                            HEIDI L. SKILLIN
                            Forfeiture Support Associate Paralegal