Prob12B
D/NV Form
Rev. July 2013

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 18, 2014**

Name of Offender:   __WILLIAM POSTORINO__

Case Number:   __2:12-CR-71-MMD-VCF__

Name of Sentencing Judicial Officer:   __Honorable Miranda M. Du__

Date of Original Sentence:   __June 3, 2013__

Original Offense:   __Felon in Possession of a Firearm__

Original Sentence:   __30 months imprisonment; three years supervised release__

Date Supervision Commenced:   __June 17, 2014__

## PETITIONING THE COURT

__ To extend the term of supervision ____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **You shall complete 24 hours of community service within 60 days, as approved and directed by the probation officer.**

## CAUSE

On July 5, 2014, Mr. Postorino reported to Westcare for his drug testing and submitted a positive urinalysis for THC metabolite. The sample was submitted to the national laboratory for confirmation, and on July 10, 2014, the results came back positive for THC metabolite.

On July 7, 2014, Mr. Postorino reported the probation office to discuss his positive urinalysis. Initially, Mr. Postorino denied using marijuana and stated that he was at a concert on July 4, 2014, and must have received a contact high as the people around him were smoking marijuana. The probation officer stated that contact highs aren't possible and that our office can't help him if he isn't being honest with us. Mr. Postorino then admitted to taking one puff from a marijuana cigarette at the concert. He then stated that it was a stupid mistake and that he just wants to perform well on supervision and that's why he was

Prob12B
D/NV Form
Rev. July 2013

RE: WILLIAM POSTORINO

honest about his usage.

Mr. Postorino is currently enrolled in substance abuse treatment and his first session was on July 18, 2014.

As a controlling intervention, Mr. Postorino was verbally admonished for his violation. As a correctional intervention, our office respectfully requests that Your Honor impose a sanction of 24 hours of community service. After being advised of his right to a hearing and counsel, Mr. Postorino signed a waiver to modify his conditions of supervised release accordingly.

Respectfully submitted,

JUDY WU
United States Probation Officer

APPROVED:
ROBERT G. AQUINO, Supervising
United States Probation Officer

## THE COURT ORDERS:

\_\_\_\_\_ No action

\_\_\_\_\_ The extension of supervision as noted above

__MMD__ The modification of conditions as noted above

\_\_\_\_\_ Other

Signature of Judicial Officer

July 21, 2014
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** - You shall complete 24 hours of community service, as approved and directed by the probation officer.

Witness _____  Signed _____
U.S. Probation Officer                                  Probationer or Supervised Releasee

July 18, 2014
Date